**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 397 WAL 2018

            Respondent           :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

           v.                   :

                                       :

ISAAC JONES,                     :

                                       :

            Petitioner           :


## ORDER


**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.